IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | |
|---|---|
| PAMELA GOOCH : | |
|     Plaintiff, : | Case No. 2:18-cv-240 |
| : | |
| v. : | JUDGE ALGENON L. MARBLEY |
| : | |
| NANCY A. BERRYHILL : | Magistrate Judge |
| Acting Commissioner of Social Security, : |     Elizabeth Preston Deavers |
| : | |
|     Defendant. : | |

## ORDER

This matter comes before the Court on the parties' Joint Stipulation for Award of Attorney Fees. (ECF No. 24). The parties have stipulated that, under the Equal Access to Justice Act (EAJA), 28 U.S.C. § 2412, Plaintiff shall be awarded attorney fees in the amount of $2,831.00 in full satisfaction of any claims for fees, expenses, and costs under EAJA that may be payable in this case.

    Any fees paid belong to Plaintiff and not Plaintiff's attorney can be offset to satisfy any pre-existing debt that Plaintiff owes the United States pursuant to *Astrue v. Ratliff*, 560 U.S. 586 (2010). After the Court enters this award, if counsel for the parties can verify that Plaintiff owes no pre-existing debt subject to offset, the Defendant agrees to direct that the award be made payable to Plaintiff's attorney pursuant to an EAJA assignment duly signed by Plaintiff.

    **IT IS SO ORDERED.**

                                                                     s/Algenon L. Marbley
                                                                  **ALGENON L. MARBLEY**
                                                                    **UNITED STATES DISTRICT JUDGE**

**DATED:** April 16, 2019